## STATE OF CONNECTICUT *v.* GEORGE HAWKINS

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 248 (AC 16905), is denied.

*Mark M. Rembish*, special public defender, in support of the petition.

*Eileen F. McCarthy*, assistant state's attorney, in opposition.

Decided January 4, 2007

## STATE OF CONNECTICUT *v.* AYANNA KHADIJAH

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 98 Conn. App. 409 (AC 25518), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the evidence adduced at trial was insufficient to convict the defendant of failure to appear in violation of General Statutes § 53a-172 (a) (1)?"

The Supreme Court docket number is SC 17801.

*John A. East III*, senior assistant state's attorney, in support of the petition.

Decided January 4, 2007